# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

SHANE O'SULLIVAN
YOB: 1984
109 North Street
Foxborough, MA 02035

## WARRANT FOR ARREST

CASE NUMBER: 04M-1054-JGD

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest <u>SHANE O'SULLIVAN</u>
                                                                              Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment    [ ] Information    [x] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description of offense)

unlawful flight to avoid prosecution

in violation of Title 18, United States Code, Section 1073

JUDITH G. DEIN
Name of Issuing Officer

*[signature]* Judith Gail Dein
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

MARCH 23, 2004 in BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $_____ by _____

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: SHANE O'SULLIVAN
ALIAS: _____
LAST KNOWN RESIDENCE: 109 North Street, Foxborough, MA 02035
LAST KNOWN EMPLOYMENT: _____
PLACE OF BIRTH: Massachusetts
DATE OF BIRTH: September 20, 1984
SOCIAL SECURITY NUMBER: 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
HEIGHT: 6'01        WEIGHT: 200lbs
SEX: M              RACE: Caucasian
HAIR: _____   EYES: _____
SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____
COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI