UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 04-M-1054-JGD |
| SHANE O'SULLIVAN | ) |

### DISMISSAL OF COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the above-captioned complaint against defendant SHANE O'SULLIVAN that charges him with unlawful flight to avoid prosecution, in violation of 18 U.S.C. §1073. In support of this dismissal, the government states that O'SULLIVAN has been arrested and will be prosecuted by state authorities and the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *James B. Farmer*
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

COLIN OWYANG
Assistant U.S. Attorney

Leave to File Granted:

_____    _____
JUDITH G. DEIN                                          Date
U.S. MAGISTRATE JUDGE